UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GARCIA,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM MUNIZ, Warden,<br><br>　　　　　　　　Respondent. | Case No. CV-16-07606-MWF (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge (Dkt. 24), and Petitioner's objections to the Report and Recommendation (Dkt. 25). The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss (Dkt. 12) is GRANTED IN PART, and Ground Four of the habeas petition filed on October 12, 2016 (Dkt. 1) is STRICKEN. This matter remains referred to the Magistrate Judge for a Report and Recommendation on the remaining claims.

DATED: March 9, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE