# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MANUEL GARCIA,

        Petitioner,

v.

WILLIAM MUNIZ,

        Respondent.

Case No. 2:16-CV-7606-MWF (LAL)

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 30, 2018

                            MICHAEL W. FITZGERALD
                            UNITED STATES DISTRICT JUDGE